**Nos. 23-549, 23-550, 23-558, 23-559, 23-561, 24-2188 & 24-2189**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

TIMOFEY BABICHENKO, PAVEL BABICHENKO,
MIKHAIL IYERUSALIMETS, PIOTR BABICHENKO, AND DAVID BIBIKOV,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Idaho, Boise
No. 18-CR-258-BLW
Hon. B. Lynn Winmill

**APPELLANTS' JOINT EXCERPTS OF RECORD**

**INDEX VOLUME**

Counsel listing on next page.

Maya P. Waldron
Waldron Legal, PLLC
P.O. Box 1316
Boise, ID 83701
(208) 244-0735
maya@waldronlegal.com

Amy B. Krauss
Attorney
P.O. Box 65126
Tucson, AZ 85718
(520) 400-6170
abkrauss@comcast.net

*Attorneys for Defendant-Appellant Pavel Babichenko*

Paul Riggins
Riggins Law
P.O. Box 653
Marsing, ID 83639
(208) 344-4152
rigginslaw@gmail.com

Mike French
Mike French Law
223 N. 6th St., Ste. 330
Boise, ID 83702
(208) 699-4709
mike@mikefrenchlaw.com

*Attorneys for Defendant-Appellant Piotr Babichenko*

Greg S. Silvey
Silvey Law Office Ltd
P.O. Box 5501
Boise, ID 83705
(208) 286-7400
greg@idahoappeals.com

Rob Lewis
Attorney At Law
913 W. River St. Ste. 430
Boise, ID 83702
(208) 395-0667
office@roblewislaw.com

*Attorneys for Defendant-Appellant Timofey Babichenko*

Craig H. Durham
Ferguson Durham, PLLC
223 N. 6th Street, Ste. 325
Boise ID 83702
(208) 724-2617
chd@fergusondurham.com

*Attorney for Defendant-Appellant Mikhail Iyerusalimets*

Robyn Fyffe
Fyffe Law
PO Box 5681
Boise, ID 83705
(208) 338-5231
robyn@fyffelaw.com

*Attorney for Defendant-Appellant David Bibikov*

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| **VOLUME 1 of 27** <br> **Decisions on Appeal** | | | |
| 07/16/24 | 1927 | Amended Judgment re Defendant T. Babichenko | 1-ER-3 |
| 07/16/24 | 1926 | Amended Judgment re Defendant Pi. Babichenko | 1-ER-11 |
| 07/16/24 | 1925 | Amended Judgment re Defendant Defendant Pa. Babichenko | 1-ER-19 |
| 07/16/24 | 1924 | Amended Judgment re Defendant D. Bibikov | 1-ER-27 |
| 07/16/24 | 1922 | Amended Judgment re Defendant M. Iyerusalimets | 1-ER-35 |
| 05/02/23 | 1838 | Amended Findings of Fact, Conclusions of Law, and Preliminary Order of Forfeiture | 1-ER-43 |
| 03/23/23 | 1873 | Reporter's Transcript - Sentencing Hearing re Defendant M. Iyerusalimets | 1-ER-94 |
| 03/23/23 | 1805 | Judgment re Defendant D. Bibikov | 1-ER-128 |
| 03/23/23 | 1804 | Judgment re Defendant M. Iyerusaliments | 1-ER-135 |
| 03/23/23 | 1796 | Judgment re Defendant Pi. Babichenko | 1-ER-142 |
| 03/22/23 | 1868 | Reporter's Transcript - Sentencing Hearing re Defendant Pi. Babichenko | 1-ER-149 |
| 03/22/23 | 1840 | Reporter's Transcript - Sentencing Hearing re Defendant T. Babichenko | 1-ER-209 |
| 03/22/23 | 1809 | Judgment re Defendant T. Babichenko | 1-ER-268 |
| 03/22/23 | 1794 | Judgment re Defendant Pa. Babichenko | 1-ER-275 |
| **VOLUME 2 of 27** <br> **Decisions on Appeal** | | | |
| 03/21/23 | 1865 | Reporter's Transcript - Sentencing Hearing re Defendant Pa. Babichenko | 2-ER-284 |

# INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 01/19/23 | 1678 | Memorandum Decision re Forfeiture | 2-ER-363 |
| 08/03/22 | 1602 | Court's Final Jury Instructions | 2-ER-372 |
| 07/19/22 | 1607 | Oral Ruling re Jury Instructions (Reporter's Transcript - Jury Trial 2 Day 29, pp. 5485-5489) | 2-ER-445 |
| 07/12/22 | 1580 | Oral Ruling re Ellington's Testimony (Reporter's Transcript - Jury Trial 2 Day 24, pp. 4448-4457) | 2-ER-452 |
| 07/10/22 | 1550 | Defendants' Supplemental Proposed Jury Instructions | 2-ER-464 |
| 05/03/22 | 1422 | Memorandum Decision and Order Regarding Use of the Term "Counterfeit" | 2-ER-480 |
| 04/02/22 | 1363 | Defendants' Proposed Jury Instructions | 2-ER-489 |
| 04/02/22 | 1363-1 | Defendants' Proposed Verdict Forms | 2-ER-514 |
| 05/29/21 | 0928 | Memorandum Decision & Order Re Defense Experts Levitan and Ellington | 2-ER-532 |
| **VOLUME 3 of 27** <br> **Other Relevant Portions of the Record** | | | |
| 06/21/24 | 1920 | Memorandum Decision & Order Re Restitution | 3-ER-544 |
| 03/23/23 | 1799 | Min. Entry - Sentencing Hearing re Defendant M. Iyerusalimets | 3-ER-566 |
| 03/23/23 | 1798 | Min. Entry - Sentencing Hearing re Defendant D. Bibikov | 3-ER-568 |
| 03/22/23 | 1795 | Min. Entry - Sentencing Hearing re Defendant T. Babichenko | 3-ER-570 |
| 03/22/23 | 1792 | Min. Entry - Sentencing Hearing re Defendant Pi. Babichenko | 3-ER-572 |
| 03/21/23 | 1791 | Min. Entry - Sentencing Hearing re Defendant Pa. Babichenko | 3-ER-574 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 03/21/23 | 1785 | Min. Entry - Sentencing Hearing re Defendant A. Pupko | 3-ER-576 |
| 03/15/23 | 1766 | Findings of Fact, Conclusions of Law, and Order Regarding Forfeiture | 3-ER-578 |
| 01/26/23 | 1687 | Min. Entry - Forfeiture Hearing re Defendant Pa. Babichenko | 3-ER-621 |
| 01/26/23 | | Exhibit D1.A-2 to Forfeiture Hearing - C. Linscott Declaration with Exhibits | 3-ER-622 |
| 08/03/22 | 1603 | Court's Preliminary Jury Instructions | 3-ER-642 |
| 08/02/22 | 1601 | Memo-Order Granting Rule 29 1565 and 1571 | 3-ER-674 |
| 08/02/22 | 1600 | Jury Verdict Trial #2 re Defendant M. Iyerusalimets | 3-ER-685 |
| 08/02/22 | 1599 | Jury Verdict Trial #2 re Defendant A. Iyerusalimets | 3-ER-690 |
| 08/02/22 | 1598 | Jury Verdict Trial #2 re Defendant D. Bibikov | 3-ER-694 |
| 08/02/22 | 1597 | Jury Verdict Trial #2 re Defendant K. Babichenko | 3-ER-697 |
| 08/02/22 | 1596 | Jury Verdict Trial #2 re Defendant T. Babichenko | 3-ER-700 |
| 08/02/22 | 1595 | Jury Verdict Trial #2 re Defendant Pi. Babichenko | 3-ER-704 |
| 08/02/22 | 1594 | Jury Verdict Trial #2 re Defendant Pa. Babichenko | 3-ER-706 |
| 08/01/22 | 1590 | Min. Entry - Jury Trial #2, Day 37 | 3-ER-708 |
| 07/26/22 | 1585 | Memorandum Decision and Order Regarding the Government's Objection to Selected Jury Instructions | 3-ER-710 |
| 05/18/22 | 1471 | Min. Entry - Jury Trial #2, Day 1 | 3-ER-726 |
| 05/17/22 | 1468 | Defense Objections to the Court's Pre-Proof Jury Instructions | 3-ER-727 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 05/15/22 | 1460 | Defendants' Reply to Government's Response to Defendants' Memorandum Re Jury Instructions | 3-ER-732 |
| 05/10/22 | 1448 | Government's Response to Defendants' Objections to Jury Instructions | 3-ER-743 |
| 04/18/22 | 1398 | Defendants' Memorandum in Support of Proposed Jury Instructions and Verdict Form and Objecting to Government's Proposed Jury Instructions and Verdict Form | 3-ER-755 |
| 04/04/22 | 1369 | Government's Proposed Jury Instructions and Verdict Forms | 3-ER-768 |
| 04/04/22 | 1366 | Government's Response to Defendant D. Bibikov's Second Motion to Preclude the Use of the Term "Counterfeit" | 3-ER-809 |
| 03/21/22 | 1337 | Defendants' Motion in Limine to Preclude the Government's Improper Use of the Term "Counterfeit" | 3-ER-825 |
| **VOLUME 4 of 27** <br> **Other Relevant Portions of the Record** ||||
| 09/23/21 | 1201 | Trial Setting Order | 4-ER-844 |
| 09/02/21 | 1158 | Jury Verdict Trial #1 re Defendant M. Iyerusalimets | 4-ER-854 |
| 09/02/21 | 1157 | Jury Verdict Trial #1 re Defendant A. Iyerusalimets | 4-ER-859 |
| 09/02/21 | 1156 | Jury Verdict Trial #1 re Defendant D. Bibikov | 4-ER-863 |
| 09/02/21 | 1155 | Jury Verdict Trial #1 re Defendant K. Babichenko | 4-ER-866 |
| 09/02/21 | 1154 | Jury Verdict Trial #1 re Defendant N. Babichenko | 4-ER-870 |
| 09/02/21 | 1153 | Jury Verdict Trial #1 re Defendant Pa. Babichenko | 4-ER-872 |

## INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 09/02/21 | 1152 | Jury Verdict Trial #1 re Defendant T. Babichenko | 4-ER-875 |
| 09/02/21 | 1151 | Jury Verdict Trial #1 re Defendant Pi. Babichenko | 4-ER-880 |
| 09/02/21 | 1150 | Min. Entry - Jury Trial #1, Day 40 | 4-ER-883 |
| 08/24/21 | 1137 | Defendants' Reply to Government's Response to Defendants' Objections to Jury Instructions | 4-ER-886 |
| 08/19/21 | 1124 | Government's Response to Defendants' Objections to Jury Instructions | 4-ER-897 |
| 08/17/21 | 1120 | Judgment of Acquittal re Defendant G. Babitchenko | 4-ER-914 |
| 08/15/21 | 1114 | Government's Motion to Dismiss Counts 35-37, 39-42, 44-45, 48, 51 | 4-ER-916 |
| 06/21/21 | 0997 | Min. Entry - Jury Trial #1, Day 1 | 4-ER-920 |
| 06/14/21 | 0945 | Memorandum Decision and Order Re Motions in Limine at Dkts. 799, 807, 808, 812, 813, 814, 815, 818, 819, 821, 822, 823, 893 | 4-ER-922 |
| 05/21/21 | 0924 | Government's Supplemental Brief Regarding the Motion to Exclude Expert Testimony Regarding Digital Forensic Experts | 4-ER-951 |
| 05/21/21 | 0924-1 | Attachment 1 to Government's Motion to Exclude Expert Testimony | 4-ER-966 |
| 05/21/21 | 0924-2 | Attachment 2 to Government's Motion to Exclude Expert Testimony | 4-ER-969 |
| 05/21/21 | 0924-3 | Attachment 3 to Government's Motion to Exclude Expert Testimony | 4-ER-972 |
| 05/21/21 | 0923 | Defendants' Post-*Daubert* Hearing Closing Argument | 4-ER-973 |
| 05/14/21 | 0915 | Reporter's Transcript - *Daubert* Hearing (excerpt - Ellington testimony) | 4-ER-987 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 05/10/21 | 0879 | Defense Objections to Government's Proposed Jury Instructions | 4-ER-1036 |
| 05/07/21 | 0874 | Defense-Filed Declaration of Derek Ellington | 4-ER-1056 |
| 04/26/21 | 0857 | Government's Proposed Jury Instructions and Verdict Forms (pp. 1, 4-7, 49-54) | 4-ER-1064 |
| 04/21/21 | 0845 | Government's Reply to Motion to Exclude Expert Testimony Regarding Digital Forensic Experts | 4-ER-1075 |
| 04/21/21 | 0845-1 | Attachment 1 to Government's Reply to Motion to Motion to Exclude Expert Testimony | 4-ER-1082 |
| 04/08/21 | 0815 | Defendants' Joint Motion in Limine to Preclude the Government's Use of Certain Terms and Titles | 4-ER-1087 |
| 03/17/21 | 0787 | Government's Motion to Exclude Expert Testimony Regarding Digital Forensic Experts | 4-ER-1103 |
| 03/17/21 | 0787-1 | Attachment 1 to Government's Motion to Exclude Expert Testimony | 4-ER-1118 |
| 03/17/21 | 0787-2 | Attachment 2 to Government's Motion to Exclude Expert Testimony | 4-ER-1122 |
| 03/17/21 | 0787-3 | Attachment 3 to Government's Motion to Exclude Expert Testimony | 4-ER-1129 |
| 03/03/21 | 0768 | Defendants' First Supplemental Notice of Intent to Introduce Digital Forensic Expert Testimony (Derek Ellington) | 4-ER-1130 |
| **VOLUME 5 of 27** <br> **Other Relevant Portions of the Record** | | | |
| 03/01/20 | 0405 | Defendants' Notice of Intent to Introduce Digital Forensic Expert Testimony (Derek Ellington) | 5-ER-1139 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 03/01/20 | 0405-1 | Curriculum Vitae of Derek W. Ellington | 5-ER-1145 |
| 09/25/19 | 0308 | Report and Recommendation by U.S. Magistrate Judge re Defendant A. Pupko | 5-ER-1155 |
| 09/25/19 | 0305 | Min. Entry - Change of Plea Hearing re Defendant A. Pupko | 5-ER-1157 |
| 05/15/19 | 0210 | Superseding Indictment | 5-ER-1158 |
| 08/23/18 | 0072 | Min. Entry - Initial Appearance re Defendant K. Babichenko | 5-ER-1192 |
| 08/23/18 | 0070 | Min. Entry - Initial Appearance re Defendant D. Bibikov | 5-ER-1193 |
| 08/23/18 | 0068 | Min. Entry - Initial Appearance re Defendant Pi. Babichenko | 5-ER-1194 |
| 08/23/18 | 0066 | Min. Entry - Initial Appearance re Defendant G. Babitchenko | 5-ER-1195 |
| 08/23/18 | 0056 | Min. Entry - Initial Appearance re Defendant T. Babichenko | 5-ER-1196 |
| 08/23/18 | 0054 | Min. Entry - Initial Appearance re Defendant Pa. Babichenko | 5-ER-1197 |
| 08/23/18 | 0052 | Min. Entry - Initial Appearance re Defendant N. Babichenko | 5-ER-1198 |
| 08/23/18 | 0050 | Min. Entry - Initial Appearance re Defendant A. Pupko | 5-ER-1199 |
| 08/23/18 | 0048 | Min. Entry - Initial Appearance re Defendant M. Iyerusalimets | 5-ER-1200 |
| 08/23/18 | 0041 | Min. Entry - Initial Appearance re Defendant A. Iyerusalimets | 5-ER-1201 |
| 08/22/18 | 0039 | Warrant for Arrest re Defendant A. Iyerusalimets | 5-ER-1202 |
| 08/22/18 | 0038 | Warrant for Arrest re Defendant M. Iyerusalimets | 5-ER-1203 |
| 08/22/18 | 0037 | Warrant for Arrest re Defendant Pi. Babichenko | 5-ER-1204 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 08/22/18 | 0036 | Warrant for Arrest re Defendant G. Babitchenko | 5-ER-1205 |
| 08/22/18 | 0035 | Warrant For Arrest re Defendant K. Babichenko | 5-ER-1206 |
| 08/22/18 | 0034 | Warrant for Arrest re Defendant D. Bibikov | 5-ER-1207 |
| 08/22/18 | 0033 | Warrant For Arrest re Defendant T. Babichenko | 5-ER-1208 |
| 08/22/18 | 0032 | Warrant For Arrest re Defendant Pa. Babichenko | 5-ER-1209 |
| 08/22/18 | 0031 | Warrant For Arrest re Defendant N. Babichenko | 5-ER-1210 |
| 08/15/18 | 0001 | Indictment | 5-ER-1211 |
| **VOLUME 6 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 05/23/22 | 1491 | Reporter's Transcript - Jury Trial #2, Day 04 (pp. 1-159) | 6-ER-1241 |
| 05/24/22 | 1492 | Reporter's Transcript - Jury Trial #2, Day 05 (pp. 160-297) | 6-ER-1401 |
| **VOLUME 7 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 05/24/22 | 1492 | Reporter's Transcript - Jury Trial #2, Day 05 (pp. 298-361) | 7-ER-1541 |
| 05/25/22 | 1498 | Reporter's Transcript - Jury Trial #2, Day 06 (pp. 362-543) | 7-ER-1606 |
| 05/26/22 | 1502 | Reporter's Transcript - Jury Trial #2, Day 07 (pp. 544-593) | 7-ER-1789 |
| **VOLUME 8 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 05/26/22 | 1502 | Reporter's Transcript - Jury Trial #2, Day 07 (pp. 594-727) | 8-ER-1841 |
| 05/27/22 | 1503 | Reporter's Transcript - Jury Trial #2, Day 08 (pp. 728-890) | 8-ER-1976 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| **VOLUME 9 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 05/27/22 | 1503 | Reporter's Transcript - Jury Trial #2, Day 08 (pp. 891-975) | 9-ER-2141 |
| 06/06/22 | 1509 | Reporter's Transcript - Jury Trial #2, Day 09 (pp. 976-1187) | 9-ER-2227 |
| **VOLUME 10 of 27Trial Transcripts and Exhibits** | | | |
| 06/06/22 | 1509 | Reporter's Transcript - Jury Trial #2, Day 09 (pp. 1188) | 10-ER-2441 |
| 06/07/22 | 1510 | Reporter's Transcript - Jury Trial #2, Day 10 (pp. 1189-1431) | 10-ER-2443 |
| 06/08/22 | 1511 | Reporter's Transcript - Jury Trial #2, Day 11 (pp. 1432-1483) | 10-ER-2687 |
| **VOLUME 11 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/08/22 | 1511 | Reporter's Transcript - Jury Trial #2, Day 11 (pp. 1484-1618) | 11-ER-2741 |
| 06/14/22 | 1533 | Reporter's Transcript - Jury Trial #2, Day 12 (pp. 1619-1780) | 11-ER-2877 |
| **VOLUME 12 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/14/22 | 1533 | Reporter's Transcript - Jury Trial #2, Day 12 (pp. 1781-1838) | 12-ER-3041 |
| 06/15/22 | 1534 | Reporter's Transcript - Jury Trial #2, Day 13 (pp. 1839-2058) | 12-ER-3100 |
| 06/16/22 | 1535 | Reporter's Transcript - Jury Trial #2, Day 14 (pp. 2059-2076) | 12-ER-3321 |
| **VOLUME 13 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/16/22 | 1535 | Reporter's Transcript - Jury Trial #2, Day 14 (pp. 2077-2291) | 13-ER-3341 |
| 06/17/22 | 1536 | Reporter's Transcript - Jury Trial #2, Day 15 (pp. 2292-2373) | 13-ER-3557 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| **VOLUME 14 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/17/22 | 1536 | Reporter's Transcript - Jury Trial #2, Day 15 (pp. 2374-2511) | 14-ER-3641 |
| 06/22/22 | 1543 | Reporter's Transcript - Jury Trial #2, Day 16 (pp. 2512-2670) | 14-ER-3780 |
| **VOLUME 15 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/22/22 | 1543 | Reporter's Transcript - Jury Trial #2, Day 16 (pp. 2671-2737) | 15-ER-3941 |
| 06/23/22 | 1544 | Reporter's Transcript - Jury Trial #2, Day 17 (pp. 2738-2954) | 15-ER-4009 |
| 06/24/22 | 1545 | Reporter's Transcript - Jury Trial #2, Day 18 (pp. 2955-2966) | 15-ER-4227 |
| **VOLUME 16 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/24/22 | 1545 | Reporter's Transcript - Jury Trial #2, Day 18 (pp. 2967-3169) | 16-ER-4241 |
| 06/27/22 | 1560 | Reporter's Transcript - Jury Trial #2, Day 19 (pp. 3170-3263) | 16-ER-4445 |
| **VOLUME 17 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/27/22 | 1560 | Reporter's Transcript - Jury Trial #2, Day 19 (pp. 3264-3398) | 17-ER-4541 |
| 06/28/22 | 1561 | Reporter's Transcript - Jury Trial #2, Day 20 (pp. 3399-3560) | 17-ER-4677 |
| **VOLUME 18 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/28/22 | 1561 | Reporter's Transcript - Jury Trial #2, Day 20 (pp. 3561-3631) | 18-ER-4841 |
| 06/29/22 | 1576 | Reporter's Transcript - Jury Trial #2, Day 21 (pp. 3632-3857) | 18-ER-4913 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| **VOLUME 19 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 06/29/22 | 1576 | Reporter's Transcript - Jury Trial #2, Day 21 (pp. 3858-3864) | 19-ER-5141 |
| 06/30/22 | 1577 | Reporter's Transcript - Jury Trial #2, Day 22 (pp. 3865-4062) | 19-ER-5149 |
| 07/11/22 | 1579 | Reporter's Transcript - Jury Trial #2, Day 23 (pp. 4063-4153) | 19-ER-5348 |
| **VOLUME 20 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 07/11/22 | 1579 | Reporter's Transcript - Jury Trial #2, Day 23 (pp. 4154-4295) | 20-ER-5441 |
| 07/12/22 | 1580 | Reporter's Transcript - Jury Trial #2, Day 24 (pp. 4296-4450) | 20-ER-5584 |
| **VOLUME 21 of 27Trial Transcripts and Exhibits** | | | |
| 07/12/22 | 1580 | Reporter's Transcript - Jury Trial #2, Day 24 (pp. 4451-4490) | 21-ER-5741 |
| 07/13/22 | 1581 | Reporter's Transcript - Jury Trial #2, Day 25 (pp. 4491-4679) | 21-ER-5782 |
| 07/14/22 | 1582 | Reporter's Transcript - Jury Trial #2, Day 26 (pp. 4680-4746) | 21-ER-5972 |
| **VOLUME 22 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 07/14/22 | 1582 | Reporter's Transcript - Jury Trial #2, Day 26 (pp. 4747-4902) | 22-ER-6041 |
| 07/15/22 | 1583 | Reporter's Transcript - Jury Trial #2, Day 27 (pp. 4903-5043) | 22-ER-6198 |
| **VOLUME 23 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 07/15/22 | 1583 | Reporter's Transcript - Jury Trial #2, Day 27 (pp. 5044-5090) | 23-ER-6341 |
| 07/18/22 | 1584 | Reporter's Transcript - Jury Trial #2, Day 28 (pp. 5091-5290) | 23-ER-6389 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 07/19/22 | 1607 | Reporter's Transcript - Jury Trial #2, Day 29 (pp. 5291-5339) | 23-ER-6590 |
| **VOLUME 24 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 07/19/22 | 1607 | Reporter's Transcript - Jury Trial #2, Day 29 (pp. 5340-5489) | 24-ER-6641 |
| 07/21/22 | 1608 | Reporter's Transcript - Jury Trial #2, Day 30 (pp. 5490-5636) | 24-ER-6792 |
| **VOLUME 25 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 07/21/22 | 1608 | Reporter's Transcript - Jury Trial #2, Day 30 (pp. 5637-5671) | 25-ER-6941 |
| 07/22/22 | 1609 | Reporter's Transcript - Jury Trial #2, Day 31 (pp. 5672-5871) | 25-ER-6977 |
| 07/25/22 | 1610 | Reporter's Transcript - Jury Trial #2, Day 32 (pp. 5872-5885) | 25-ER-7178 |
| 07/26/22 | 1611 | Reporter's Transcript - Jury Trial #2, Day 33 (pp. 5886-5890) | 25-ER-7193 |
| 07/27/22 | 1612 | Reporter's Transcript - Jury Trial #2, Day 34 (pp. 5891-5899) | 25-ER-7199 |
| 07/28/22 | 1613 | Reporter's Transcript - Jury Trial #2, Day 35 (pp. 5900-5912) | 25-ER-7209 |
| 07/29/22 | 1614 | Reporter's Transcript - Jury Trial #2, Day 36 (pp. 5913-5921) | 25-ER-7223 |
| **VOLUME 26 of 27** <br> **Trial Transcripts and Exhibits** | | | |
| 08/01/22 | 1615 | Reporter's Transcript - Jury Trial #2, Day 37 (pp. 5922-5953) | 26-ER-7235 |
| 08/01/22 | | Trial Exhibit 1250 | 26-ER-7268 |
| 08/01/22 | | Trial Exhibit 1258 | 26-ER-7273 |
| 08/01/22 | | Trial Exhibit 1259 | 26-ER-7278 |
| 08/01/22 | | Trial Exhibit 1260 | 26-ER-7283 |
| 08/01/22 | | Trial Exhibit 1261 | 26-ER-7285 |
| 08/01/22 | | Trial Exhibit 1262 | 26-ER-7300 |
| 08/01/22 | | Trial Exhibit 1300 | 26-ER-7304 |

INDEX

| Date | ECF | Description | Page |
|---|---|---|---|
| 08/01/22 | | Trial Exhibit 2434 | 26-ER-7315 |
| 08/01/22 | | Trial Exhibit 2442 | 26-ER-7330 |
| 08/01/22 | | Trial Exhibit 2479 | 26-ER-7352 |
| 08/01/22 | | Trial Exhibit 4242 | 26-ER-7362 |
| 08/01/22 | | Trial Exhibit 6166 | 26-ER-7366 |
| 08/01/22 | | Trial Exhibit D-1600 | 26-ER-7367 |
| 08/01/22 | | Trial Exhibit D-2002 (pp. 1, 3 only) | 26-ER-7370 |
| 08/01/22 | | Trial Exhibit D-2823 | 26-ER-7372 |
| 08/01/22 | | Trial Exhibit D-2824 | 26-ER-7419 |
| **VOLUME 27 of 27** <br> **Notices of Appeal & Docket** | | | |
| 03/31/23 | 1818 | Notice of Appeal by Defendant D. Bibikov | 27-ER-7442 |
| 03/31/23 | 1817 | Notice of Appeal by Defendant Pi. Babichenko | 27-ER-7445 |
| 03/31/23 | 1815 | Notice of Appeal by Defendant M. Iyerusalimets | 27-ER-7448 |
| 03/31/23 | 1814 | Notice of Appeal by Defendant Pa. Babichenko | 27-ER-7452 |
| 03/31/23 | 1813 | Notice of Appeal by Defendant T. Babichenko | 27-ER-7455 |
| | | District Court Docket | 27-ER-7460 |